UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| ROBERT GUSEK, on behalf of himself and others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CHARTER COMMUNICATIONS, INC., | ) ) ) |
| Defendant. | ) |

**CIVIL ACTION NO. 1:17-cv-137**

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Robert Gusek and Charter Communications, Inc., through their counsel, hereby jointly stipulate to the voluntary dismissal with prejudice of the above captioned case, with those parties to bear their own attorney's fees and costs.

Dated: July 11, 2018

Respectfully submitted,

*/s/ Alexander D. Kruzyk*
Alexander D. Kruzyk
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
561-826-5477
561-961-5684 (Fax)
akruzyk@gdrlawfirm.com

*Counsel for Plaintiff and the proposed class*

1

Holly E. Dowd (N.C. Bar No. 37533)
Thompson Consumer Law Group, PLLC
822 Camborne Place
Charlotte, NC 28210
(888) 332-7252 ext. 260
(866) 317-2674 (fax)
hdowd@consumerlawinfo.com

*Local Civil Rule 83.1 Counsel for Plaintiff*

*/s/ Ryan D. Watstein*
Ryan D. Watstein
C. Celeste Creswell
Kabat Chapman & Ozmer LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel: (404) 400-7300
Fax: (404) 400-7333
Email: rwatstein@kcozlaw.com
ccreswell@kcozlaw.com
Admitted Pursuant to L.R. 83.1

Elizabeth King
NC Bar No. 30376
Cranfill Sumner & Hartzog LLP
319 N. 3rd Street, Suite 300
Wilmington, North Carolina 28401
Tel: (910) 777-6010
Fax: (910) 777-6100
Email: eking@cshlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on July 11, 2018, the foregoing was filed with the Court using CM/ECF, which will send notification of such filing to all attorneys of record.

*/s Alexander D. Kruzyk*
Alexander D. Kruzyk